UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOLAY N. SAMSONOV,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>        Defendant. | Case No. 25-cv-01306-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 7 |

Pro se Plaintiff Nikolay Samsanov initially filed this case in San Mateo Superior Court in January 2025. Defendant removed the case to federal court in February. Dkt. No. 3. On February 12, 2025, Defendant filed a motion to dismiss, arguing that Plaintiff failed to identify a valid waiver of sovereign immunity and failed to allege that he exhausted administrative remedies under the Federal Tort Claims Act. *See* Dkt. No. 7. Plaintiff's opposition to the motion was due by February 26. However, as of the date of this order, Plaintiff has not filed any response to the motion. The Court therefore **DIRECTS** Plaintiff to **SHOW CAUSE** why the motion should not be granted, and the case dismissed. Plaintiff shall file a response of no more than ten pages by April 11, 2025. Plaintiff is cautioned that if he fails to respond to this order by April 11, the case may be dismissed in its entirety for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: March 14, 2025

                                                                                   HAYWOOD S. GILLIAM, JR.
                                                                                  United States District Judge